IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:13-cv-60-GCM

| KEVIN CHELKO PHOTOGRAPHY, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JF RESTAURANTS, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte*, and in reference to Plaintiff's response to the Court's order to show cause. In that filing, Plaintiff explains the progress made on this case since obtaining an entry of default, as well as the obstacles to filing a motion for default judgment. He further requests that the Court set a deadline for filing said motion. For the reasons stated in the filing (Doc. No. 9), his request will be granted.

**THEREFORE, IT IS ORDERED** that Plaintiff shall have thirty (30) days from the date of this order to file a motion for default judgment, or otherwise resolve this case.

**SO ORDERED.**

Signed: September 10, 2015

Graham C. Mullen
United States District Judge